■ DAVID PETERMAN, as Trustee in Bankruptcy of IGNATIUS A. MONFORTE, et al., Respondents, v. IGNATIUS A. MONFORTE et al., Appellants.— Appeal by defendants from a judgment of the Supreme Court, Westchester County, dated September 30, 1960, entered upon the decision of the court after a nonjury trial, which, *inter alia,* set aside two certain deeds as in fraud of creditors. Judgment affirmed, with costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BRAM, Appellant.— Appeal by defendant from a judgment of the County Court, Queens County, rendered April 8, 1960, convicting him, after a jury trial, of robbery in the second degree, grand larceny in the first degree and assault in the second degree, and sentencing him to serve a term of 7½ to 15 years on the robbery count and lesser concurrent terms on the other two counts. Judgment affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL CONFORTI, Appellant.— Appeal by defendant from an order of the County Court, Putnam County, dated November 21, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court rendered February 5, 1954, convicting him, after a jury trial, of manslaughter in the first degree, and sentencing him, as a second felony offender, to serve a term of 15 to 30 years. Order affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN GRAVES, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated September 27, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court dated November 2, 1953, convicting him, upon his plea of guilty, of grand larceny in the second degree, and sentencing him to serve a term of 2½ to 5 years. Order affirmed. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.